862

No. 85–5261. EDGE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5265. MEDLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–5267. TROTMAN *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, DALLAS. C. A. 3d Cir. Certiorari denied.

No. 85–5268. DISILVESTRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–5270. LAFFITTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5272. IGBATAYO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–5275. CARTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5276. BRYANT *v.* BRADMAN, JAIL ADMINISTRATOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5285. CAUTHEN-BEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–5290. WILSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5292. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–5295. BLAKE *v.* NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 85–5298. MARTIN *v.* MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–5301. DOTSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.